## Hyman Lew, Appellee, v. Jacob Katz et al., Appellants.

### Gen. No. 19,368.     (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HENRY
C. BEITLER, Judge, presiding. Heard in the Branch Appellate Court
at the March term, 1913. Affirmed. Opinion filed July 2, 1914.

## Statement of the Case.

Action by Hyman Lew against Jacob Katz, Joseph
Katz, L. P. Ellman, D. M. Smith, S. E. Ellman, Sidney
M. Weil and Morris Katz, to recover on a promissory
note for $1,200 signed by the defendants and made
payable to themselves and then indorsed. From a
judgment in favor of plaintiff for $1,288, defendant
appeals.

FRANK & LURIE, for appellants.

BENJAMIN B. MORRIS, for appellee.

MR. JUSTICE SCANLAN delivered the opinion of the
court.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 15*—*what necessary to se-
cure attendance of adverse party for purpose of cross-examination.*
To entitle a party to secure the presence of the adverse party in court
for the purpose of cross-examining him under section 33 of the
Municipal Court Act, J. & A. ¶ 3345, he must secure the attend-
ance of such party in the same manner that the attendance of
witnesses is obtained.

2. COSTS, § 67*—*when appeal prosecuted for delay.* Record *held*
to show that appeal was prosecuted merely for delay and statutory
ten per cent. damages allowed.

*See Illinois Notes Digest, Vols XI to XV, and Cumulative Quarterly, same
topic and section number.